**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| SANDRA DORRELL and PHILLIP A. WILKINSON, individually and on behalf of a class of all others similarly situated, | § § § § | |
| | § | |
| *Plaintiffs,* | § § | |
| | § | Civil Action No. 3:16-cv-01152-N |
| -   against – | § | Hon. David C. Godbey |
| | § | |
| PROSKAUER ROSE, LLP, and THOMAS V. SJOBLOM, | § § | |
| | § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Agreed Motion to Dismiss with Prejudice, it is hereby ORDERED that:

1.      All claims in this action by Plaintiffs, Sandra Dorrell and Phillip A. Wilkinson, against Defendant Thomas Sjoblom are DISMISSED WITH PREJUDICE; and

2.      The foregoing parties will bear their own costs, expenses, and attorneys' fees with respect to the dismissed claims.

SIGNED this 17th day of January, 2017.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE