UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
SANDRA DORRELL and PHILLIP A. :
WILKINSON, individually and on behalf of :
a class of all others similarly situated, :
:
*Plaintiffs*, :
: Civil Action No. 3:16-cv-01152-N
- against - : Hon. David C. Godbey
:
PROSKAUER ROSE, LLP, and :
THOMAS V. SJOBLOM, :
:
*Defendants*. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DEFENDANT PROSKAUER ROSE LLP'S
OPPOSED MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL
AUTHORITY IN FURTHER SUPPORT OF MOTION TO DISMISS**

Defendant Proskauer Rose LLP ("Proskauer") respectfully submits this motion for leave to file the attached notice of supplemental authority (Exhibit A) in further support of its motion to dismiss plaintiffs' complaint. As set forth in Exhibit A, Proskauer's proposed notice of supplemental authority informs the Court of a recent decision from Court of Appeals, Santiago v. Mackie Wolf Zientz & Mann, P.C., No. 05-16-00394-CV, 2017 WL 944027 (Tex. App.—Dallas, Mar. 10, 2017, no pet. h.), which was not available to the parties during briefing on Proskauer's motion to dismiss and which relates to issues presented in that motion. For the foregoing reasons, Proskauer respectfully requests that the Court grant leave to file the attached Notice of Supplemental Authority.

2

Dated: March 20, 2017

Respectfully submitted,

| CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, L.L.P. | DAVIS POLK & WARDWELL LLP |
|---|---|
| By: /s/ Neil R. Burger<br>Neil R. Burger<br>  Texas Bar No. 24036289<br>  nburger@ccsb.com<br>Bruce W. Collins<br>  Texas Bar No. 04604700<br>  bcollins@ccsb.com<br>901 Main Street, Suite 5500<br>Dallas, Texas 75202<br>Telephone: (214) 855-3000<br>Facsimile: (214) 855-1333 | By: /s/ James P. Rouhandeh<br>James P. Rouhandeh*<br>  New York Bar No. 2211837<br>  rouhandeh@davispolk.com<br>Daniel J. Schwartz*<br>  New York Bar No. 4159430<br>  daniel.schwartz@davispolk.com<br>Jonathan K. Chang*<br>  New York Bar No. 4500484<br>  jonathan.chang@davispolk.com<br>Craig M. Reiser*<br>  New York Bar No. 4886735<br>  craig.reiser@davispolk.com<br>450 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 450-4000<br>Facsimile: (212) 701-5800<br>* admitted *pro hac vice*<br><br>*Attorneys for Defendant Proskauer Rose LLP* |

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 20, 2017, I electronically transmitted the foregoing document and its exhibits to the Clerk of the Court using the ECF system for filing. A Notice of Electronic Filing was transmitted to all ECF registrants.

/s/ James P. Rouhandeh
James P. Rouhandeh

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rules of Civil Procedure 7.1(a) and 7.1(b), on March 20, 2017, counsel for Proskauer (Craig M. Reiser) advised counsel for plaintiffs (Edward C. Snyder, Douglas J. Buncher, Judith R. Blakeway, and David N. Kitner) via email of Proskauer's intent to file this motion, asking that plaintiffs respond if they did not plan to oppose the motion. Plaintiffs did not respond to Mr. Reiser's email, and, as a result, Proskauer's understanding is that plaintiffs oppose the motion.

/s/ James P. Rouhandeh
James P. Rouhandeh