IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SANDRA DORRELL, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-1152-N |
| | § | |
| PROSKAUER ROSE LLP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# FINAL JUDGMENT

Plaintiffs filed this case against Defendants Proskauer Rose LLP ("Proskauer") and Thomas V. Sjoblom on April 28, 2016. Pursuant to an agreed motion to dismiss, the Court dismissed all claims against Sjoblom on January 17, 2017 [44]. By separate order of this same date, the Court grants Proskauer's motion to dismiss. Accordingly, the Court orders that Plaintiffs take nothing by their claims against Proskauer, and the Court dismisses all of the claims with prejudice. Court costs are taxed against Plaintiffs. All relief not expressly granted is denied. This is a final judgment.

Signed November 2, 2017.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE