IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| SANDRA DORRELL, *ET AL.* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:16-cv-1152-N |
| | § | |
| PROSKAUER ROSE LLP, *ET AL.* | § | |

## NOTICE OF APPEAL

Plaintiffs Sandra Dorrell and Phillip A. Wilkinson, individually and on behalf of a class of all others similarly situated, hereby give notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment [Doc. 53] entered on November 2, 2017, and the associated Order [Doc. 52] entered on November 2, 2017.

Respectfully submitted,

*/s/ P. Michael Jung*

| | |
|---|---|
| EDWARD C. SNYDER | DAVID N. KITNER |
| Texas State Bar No. 00791699 | Texas State Bar No. |
| JESSE R. CASTILLO | P. MICHAEL JUNG |
| Texas State Bar No. 03986600 | Texas State Bar No. 11054600 |
| | |
| Castillo Snyder, P.C. | Strasburger & Price, LLP |
| 700 N. St. Mary's Street, Suite 405 | 6000 Bank of America Plaza |
| San Antonio, Texas 78205 | 901 Main Street |
| (210) 630-4200 | Dallas, Texas 75202 |
| (210) 630-4212 (telecopy) | 214-651-4300 |
| esnyder@casnlaw.com | 214-659-4022 (telecopy) |
| jcastillo@casnlaw.com | david.kitner@strasburger.com |
| | michael.jung@strasburger.com |

**NOTICE OF APPEAL – Page 1**
SP-#9471865-v1-Dorrell_Notice_of_Appeal.docx

| | |
|---|---|
| DOUGLAS J. BUNCHER<br>Texas State Bar No. 03342700 | JUDITH R. BLAKEWAY<br>Texas Bar No. 02434400 |
| Neligan Foley, LLP<br>3600 Republic Center<br>325 N. St. Paul Street<br>Dallas, Texas 75201<br>(214) 840-5320<br>(214) 840-5301 (telecopy)<br>dbuncher@neliganlaw.com | Strasburger & Price, LLP<br>2301 Broadway<br>San Antonio, Texas 78215<br>210-250-6000<br>210-250-6100 (telecopy)<br>judith.blakeway@strasburger.com |

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Appeal has been served on all parties to this action by electronic service through the CM/ECF filing system on Neil R. Burger, Esq. (nburger@ccsb.com), Attorney for Defendant Proskauer Rose LLP; and James P. Rouhandeh, Esq. (rouhandeh@davispolk.com), Attorney for Defendant Proskauer Rose LLP; both on this 6th day of November, 2017.

*/s/ P. Michael Jung*
P. MICHAEL JUNG

**NOTICE OF APPEAL – Page 2**
SP-#9471865-v1-Dorrell_Notice_of_Appeal.docx